**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-6350**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CLINTON MATHEW WALLACE, a/k/a Droop,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge. (CR-99-
583, CA-02-174-AMD)

───────────

Submitted:  September 18, 2002       Decided:  December 4, 2002

───────────

Before WIDENER, MOTZ, and TRAXLER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Clinton Mathew Wallace, Appellant Pro Se.  Lynne Ann Battaglia,
James Gerard Pyne, Assistant United States Attorney, Baltimore,
Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Clinton Mathew Wallace seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Wallace has not made a substantial showing of the denial of a constitutional right. See United States v. Wallace, Nos. CR-99-583; CA-02-174-AMD (D. Md. Jan. 22, 2002). Accordingly, we deny Wallace's motion for a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2